Linda Julin McNamara, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Roberta Josephina Bodnar, U.S. Attorney's Office—FLM, Ocala, FL, for Respondent-Appellee

Before ED CARNES, Chief Judge, JULIE CARNES and JILL PRYOR, Circuit Judges.

PER CURIAM:

Leland H. Kynes, appointed counsel on appeal for Llewellen F. Smith in this appeal from the dismissal of Smith's 28 U.S.C. § 2241 habeas petition, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the dismissal of Smith's § 2241 petition is **AFFIRMED**.

Laurel Boatright, John Andrew Horn, Lawrence R. Sommerfeld, U.S. Attorney's Office, Atlanta, GA, Plaintiff-Appellee

Natasha Perdew Silas, Stephanie A. Kearns, Federal Defender Program, Inc., Atlanta, GA, for Defendant-Appellant

Before MARTIN, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily).

**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Gabriel JIMENEZ-ANTUNEZ,**
**Defendant-Appellant.**

No. 16-17731
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(August 28, 2017)

**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Rick Lee EVANS, Defendant-Appellant.**

No. 16-11651

United States Court of Appeals,
Eleventh Circuit.

(August 29, 2017)